# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **MOTHER DOE and FATHER DOE** | ) | |
| **on behalf of JOHN DOE, their minor child** | ) | **Case No. 3:23-cv-00498** |
| | ) | **Judge Campbell** |
| **v.** | ) | **Magistrate Judge Holmes** |
| | ) | |
| **SUMNER COUNTY BOARD OF** | ) | |
| **EDUCATION** | ) | |

# O R D E R

Pending before the Court is Plaintiffs' motion for a protective order to proceed pseudonymously (Docket No. 16), which is represented to be unopposed by Defendant, and in connection with which the Court finds that Plaintiffs' privacy interests substantially outweigh the presumption of judicial proceedings, for all the reasons asserted by Plaintiffs. For these reasons, Plaintiffs' motion (Docket No. 16) is GRANTED and Plaintiffs may proceed pseudonymously as requested.

Further, the Court notes that, in response to Defendant's motion to dismiss (Docket No. 13) filed on July 10, 2023, Plaintiffs filed an amended complaint (Docket No. 19) on July 24, 2023, as permitted by Fed. R. Civ. P. 15(a)(1)(B). Upon its filing, the amended complaint became the legally operative complaint, *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000), which renders moot Defendant's pending motion to dismiss (Docket No. 13). The Clerk is therefore directed to TERMINATE that motion without prejudice to Defendant's refiling as to the amended complaint as may be appropriate. Defendant must answer or otherwise respond to the amended complaint as directed by Fed. R. Civ. P. 15(a)(3).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge