IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MOTHER DOE and FATHER DOE, on behalf of JOHN DOE., their minor child; <br><br> Plaintiffs, <br><br> v. <br><br> SUMNER COUNTY BOARD OF EDUCATION D/B/A SUMNER COUNTY SCHOOLS, <br><br> Defendant. | Case No. 3:23-cv-00498 <br><br> Judge Campbell <br> Magistrate Judge Holmes <br><br> JURY DEMAND |

### DEFENDANT'S MOTION TO STRIKE
### CERTAIN ALLEGATIONS IN THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(f), Defendant Sumner County Board of Education (the "Board"), by and through counsel, respectfully moves to strike the racial harassment allegations in Plaintiffs' Amended Complaint.

Plaintiffs' original complaint asserted five causes of action. Count Five alleged that the Board violated Title VI of the Civil Rights Act based on racial harassment of Plaintiff John Doe. In filing their Amended Complaint, Plaintiffs removed Count Five. However, Plaintiffs failed to remove many racial harassment allegations that were tied to the now abandoned claim. And, despite no remaining racial harassment claim, Plaintiffs also added new race-related allegations into the Amended Complaint.

The Board respectfully requests that the Court strike Plaintiffs' racial allegations because they are irrelevant to the remaining four causes of action. Striking them will streamline this litigation by eliminating any spurious issues in discovery and an eventual trial. And, importantly,

the Court should strike these allegations because they are inflammatory, scandalous, false, and highly prejudicial.

For these reasons, and those stated in the Board's contemporaneously filed Memorandum of Law, the Board respectfully requests that the Court grant the Board's Motion to Strike all racial harassment allegations from the Amended Complaint, including those in paragraphs 43–44, 48–50, and 57–58.

DATED: August 7, 2023.

Respectfully submitted,

s/ *E. Todd Presnell*
E. Todd Presnell (BPR #17521)
Casey L. Miller (BPR #33952)
Tara S. Sarosiek (BPR #34006)
Ocasha Musah (BPR #39224)
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203-0025
Tel.: (615) 252-2355
Fax: (615) 252-6355
tpresnell@bradley.com
cmiller@bradley.com
tsarosiek@bradley.com
omusah@bradley.com

*Attorneys for Defendant, Sumner County Board of Education*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's ECF system on the following:

Hayley H. Baker
HB ADVOCATES PLLC
3820 Charlotte Avenue, Suite 146-24
Nashville, Tennessee 37209

Justin S. Gilbert
GILBERT LAW, PLC
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, Tennessee 37402

*Attorney for Plaintiffs*

on this 7th day of August 2023.

                                                      *s/ E. Todd Presnell*
                                                      E. Todd Presnell