IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **MOTHER DOE and FATHER DOE,** on behalf of **JOHN DOE**, their minor child, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 3:23-CV-00498 |
| -vs- | ) ) ) | **DISTRICT JUDGE CAMPBELL** **MAGISTRATE JUDGE HOLMES** |
| **SUMNER COUNTY BOARD OF EDUCATION D/B/A SUMNER COUNTY SCHOOLS,** | ) ) ) ) | **JURY DEMAND** |
| *Defendant.* | ) ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.01(a), Plaintiffs respectfully request the Court grant Plaintiffs a fourteen-day extension of time to respond to Defendant's Motion to Dismiss Amended Complaint (Dkt. 24) and Motion to Strike (Dkt. 22). The current deadline for responding to both Motions is Monday, August 21, 2023. The requested modified deadline is Monday, September 4, 2023. Defendant does not oppose this request.

### I. LEGAL STANDARD

In general, a court may extend a deadline "for good cause." Fed. R. Civ. P. 6(b)(1). The decision as to a Rule 6(b) motion is within the Court's sound discretion. *Ott v. Federal Home Loan Morg. Corp.*, 535 Fed. App'x 488, 489 (6th Cir. 2013). A showing of good cause requires at least some explanation of why the movant is unable to meet the original deadline. *Id*.