IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MOTHER DOE and FATHER DOE, on behalf of JOHN DOE, their minor child, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 3:23-cv-00498 ) ) JUDGE CAMPBELL |
| SUMNER COUNTY BOARD OF EDUCATION d/b/a SUMNER COUNTY SCHOOLS, | ) MAGISTRATE JUDGE HOLMES ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiffs' Amended Complaint. (Doc. No. 24). After the motion was filed, Plaintiffs filed a Second Amended Complaint (Doc. No. 38) and a Third Amended Complaint (Doc. No. 42). Accordingly, Defendant's Motion to Dismiss (Doc. No. 24), is **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE