IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MOTHER DOE and FATHER DOE, ) <br> on behalf of JOHN DOE, the minor child ) <br> ) <br> v. ) <br> ) <br> SUMNER COUNTY BOARD OF ) <br> EDUCATION dba SUMNER COUNTY ) <br> SCHOOLS ) | Case No. 3:23-cv-00498 <br> Judge Campbell <br> Magistrate Judge Holmes |

**FIRST MODIFIED CASE MANAGEMENT ORDER**

Pending before the Court is the parties' joint motion to modify the case management order (Docket No. 49), which, for the reasons requested, is **GRANTED** as provided for below.[1] The case management plan and schedule is modified as follows:

1. CASE RESOLUTION PLAN AND JOINT STATUS REPORT. The deadline to file a joint case resolution status report confirming the parties' first substantive attempt at settlement is **extended** from February 16, 2024 to **March 22, 2024**. All provisions of the case resolution plan remain unchanged.

2. DISCOVERY. The deadline to complete all written discovery and depose all fact witnesses is **extended** from March 11, 2024 to **April 26, 2024**. The deadline to bring discovery disputes to the Court's attention and to file all discovery-related motions is **extended** from March

---

[1] In granting the motion, the Court notes however that the parties did not file their motion at least seven (7) days in advance of the earliest impacted deadline as required under Paragraph M of the Initial Case Management Order. (Docket No. 21 at ¶ M.) Failure to do so in the future will become increasingly consequential.

11, 2024 to **April 26, 2024**, unless otherwise permitted.[2] All other provisions for discovery, including for resolution of discovery disputes, remain unchanged.

3. DISCLOSURE AND DEPOSITIONS OF EXPERTS. The deadline for Plaintiffs to identify and disclose all expert witnesses and expert reports is **extended** from March 15, 2024 to **April 26, 2024**. The deadline for Defendant to identify and disclose all expert witnesses and reports is **extended** from May 15, 2024 to **July 1, 2024**. The deadline to complete expert depositions is **extended** from June 14, 2024 to **July 29, 2024**. All other provisions for expert disclosures and discovery remain unchanged.

4. DISPOSITIVE MOTIONS. The deadline for the parties to file dispositive motions is extended from June 21, 2024 to **August 2, 2024**. All other provisions for dispositive motions, including responsive briefing and page limits, restrictions on motions for partial summary judgment, and instructions for statements of undisputed material facts and responses, remain unchanged. Given the current trial, further extensions of this deadline are unlikely.

5. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judg

---

[2] The parties' attention is directed to this deadline, which the Court modified from the parties' proposed extended deadline. According to the motion, the parties "intend to file a joint discovery statement with the Court in the very near future." (Docket No. 49 at 2.) The Court reminds the parties unresolvable discovery disputes must be brought promptly to the Court's attention. They are further reminded that their joint discovery statement may be no more than 3 pages per affected party per issue. As set forth in the Initial Case Management Order, the parties must identify and describe the specific discovery request(s) in dispute and **must detail their positions with supporting facts and legal authorities**, including as to any proportionality considerations. (Docket No. 21 at ¶ G.)