# Exhibit A
# FILED UNDER SEAL

The Deposition of John Doe