IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MOTHER DOE and FATHER DOE, on behalf of JOHN DOE, their minor child, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) NO. 3:23-cv-00498<br>) |
| SUMNER COUNTY BOARD OF EDUCATION d/b/a SUMNER COUNTY SCHOOLS, | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE HOLMES<br>)<br>) |
| Defendant. | ) |

## ORDER

This case is set for a jury trial on January 28, 2025, with a pretrial conference on January 17, 2025. (Doc. No. 26). Due to Defendant's pending motion for summary judgment (Doc. No. 88), the pretrial conference and jury trial are **CANCELLED**. The Court will set a new trial date and pretrial filing deadlines by separate order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE