IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MOTHER DOE and FATHER DOE, on behalf of JOHN DOE, their minor child, | ) ) ) ) |
| *Plaintiffs*, | ) ) Case No. 3:23-CV-00498 |
| -vs- | ) ) DISTRICT JUDGE CAMPBELL ) MAGISTRATE JUDGE HOLMES ) |
| SUMNER COUNTY BOARD OF EDUCATION D/B/A SUMNER COUNTY SCHOOLS, | ) JURY DEMAND ) ) ) |
| *Defendant.* | ) ) |

## JOINT NOTICE OF MEDIATION AND TRIAL DATES

In compliance with the Court's March 24, 2025, Order (Dkt. No. 122)[1], the Parties submit the following Notice:

The Parties have agreed to have Floyd Flippin mediate the remaining claims in this case. The Parties are still working together with Mr. Flippin on a mutually agreeable date for the mediation, to be held before June 30, 2025. The Parties will submit an additional notice as soon as this date is finalized.

Counsel for both Parties have the week of September 15, 2025, available for trial.[2] The

---

[1] This Notice was due no later than May 1, 2025. Counsel for both Parties respectfully apologize for the overdue filing and any inconvenience to the Court.

[2] Defendant's counsel is still waiting on confirmation from their client regarding their availability the week of September 15. Plaintiff John Doe can technically be available this week, but has much concern about missing his college classes.

1

Parties and their Counsel also may be available the week of December 15, 2025.

Dated: May 2, 2025

Respectfully submitted,

**HB ADVOCATES PLLC**

/s/ Hayley H. Baker

Hayley Hanna Baker, TN Bar No. 37439
3820 Charlotte Avenue
Suite 146-24
Nashville, Tennessee 37209
Email: hbaker@hb-advocates.com
Phone: (615) 505-3260

*Attorney for Plaintiffs*

**GILBERT LAW, PLC**

/s/ Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
justin@schoolandworklaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2025, a copy of the foregoing was served via the Court's ECF system on the following:

E. Todd Presnell
Casey L. Miller
Ocasha Musah
Tara S. Sarosiek
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.2393
F: 615.252.6393
tpresnell@bradley.com
cmiller@bradley.com
omusah@bradley.com
tsarosiek@bradley.com

                                          /s/ Hayley H. Baker

3

Case 3:23-cv-00498   Document 134   Filed 05/02/25   Page 3 of 3 PageID #: 3209