IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **MOTHER DOE and FATHER DOE,** on behalf of **JOHN DOE,** their minor child,  ) ) ) ) | |
| *Plaintiffs*, ) | Case No. 3:23-CV-00498 |
| ) | |
| -vs- ) ) ) | **DISTRICT JUDGE CAMPBELL** **MAGISTRATE JUDGE HOLMES** |
| **SUMNER COUNTY BOARD OF EDUCATION D/B/A SUMNER COUNTY SCHOOLS,** ) ) ) ) | **JURY DEMAND** |
| *Defendant.* ) ) | |

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF MEDIATION AND TRIAL DATES

In compliance with the Court's March 24, 2025, Order (Dkt. No. 122), and in supplementation of the prior Joint Notice (Dkt. No 134), Plaintiff submits the following Supplemental Notice:

Mr. Flippin is available for a zoom mediation on the afternoon of **June 26, 2025**. Counsel for John Doe, as well as Plaintiff John Doe, are available on this date. Defendant's counsel previously agreed to Floyd Flippin as the mediator. Defendant's counsel has still not confirmed whether Defendant and counsel are available on this date for mediation.[1]

---

[1] Plaintiff's counsel has made multiple phone calls, sent numerous emails, and text messages to Defendant's counsel to confirm this proposed mediation date, the first email which was sent on Monday, May 5, 2025. Plaintiff's counsel has not received a response from any of Defendant's four attorneys regarding the proposed mediation date.

1

The previously proposed week of September 15, 2025, does not work for Plaintiff's counsel after all.[2] The Parties and their counsel are available for trial on **November 11, 2025**. If the November 11, 2025, does not work for the Court, counsel for both parties have discussed early December as an option.

Dated: May 16, 2025

Respectfully submitted,

**HB ADVOCATES PLLC**

/s/ Hayley H. Baker

Hayley Hanna Baker, TN Bar No. 37439
3820 Charlotte Avenue
Suite 146-24
Nashville, Tennessee 37209
Email: hbaker@hb-advocates.com
Phone: (615) 505-3260

*Attorney for Plaintiffs*

**GILBERT LAW, PLC**

/s/ Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
justin@schoolandworklaw.com

*Attorney for Plaintiffs*

---

[2] Plaintiff's counsel had a calendar error and already has a trial scheduled before Judge Campbell on September 16, 2025.

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 16, 2025, a copy of the foregoing was served via the Court's ECF system on the following:

E. Todd Presnell
Casey L. Miller
Ocasha Musah
Tara S. Sarosiek
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.2393
F: 615.252.6393
tpresnell@bradley.com
cmiller@bradley.com
omusah@bradley.com
tsarosiek@bradley.com

                /s/ Hayley H. Baker