IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>SUMNER COUNTY BOARD OF EDUCATION D/B/A SUMNER COUNTY SCHOOLS,<br><br>    Defendant. | Case No. 3:23-cv-00498<br><br>Judge Campbell<br>Magistrate Judge Holmes<br><br>JURY DEMAND |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, John Doe and Defendant, Sumner County Board of Education d/b/a Sumner County Schools, by and through their undersigned counsel of record, submit this Joint Stipulation of Dismissal with Prejudice as to all claims. Pursuant to this stipulation, all of Plaintiff John Doe and former Plaintiffs Mother Doe and Father Doe's claims in this action are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and all other expenses, costs, and fees.

1

Respectfully submitted,

<table>
<tr><td>

*s/ Hayley H. Baker*
Hayley H. Baker
HB ADVOCATES PLLC
3820 Charlotte Avenue, Suite 146-24
Nashville, Tennessee 37209

*s/ Justin S. Gilbert*
Justin S. Gilbert
GILBERT LAW, PLC
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, Tennessee 37402

*Attorneys for Plaintiff John Doe*

</td><td>

*s/ E. Todd Presnell*
E. Todd Presnell (BPR #17521)
Casey L. Miller (BPR #33952)
Tara S. Sarosiek (BPR #34006)
Ocasha Musah (BPR #39224)
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203-0025
Tel.: (615) 252-2355
Fax: (615) 252-6355
tpresnell@bradley.com
cmiller@bradley.com
tsarosiek@bradley.com
omusah@bradley.com

*Attorneys for Defendant, Sumner County Board of Education*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via the Court's ECF system on the following:

Hayley H. Baker
HB ADVOCATES PLLC
3820 Charlotte Avenue, Suite 146-24
Nashville, Tennessee 37209

Justin S. Gilbert
GILBERT LAW, PLC
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, Tennessee 37402

*Attorneys for Plaintiff*

on this 26th day of September 2025.

                                            *s/ E. Todd Presnell*
                                            E. Todd Presnell