IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00498 |
| ) | |
| SUMNER COUNTY BOARD OF ) | JUDGE CAMPBELL |
| EDUCATION d/b/a SUMNER COUNTY ) | MAGISTRATE JUDGE HOLMES |
| SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court is in receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 143) filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE